UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

NA'MARR M RAMEY,

                  Plaintiff,                      Case No.: 3:21-cv-45

  v.

SYMERE WOODS, *et al*.,                  District Judge Michael J. Newman

                  Defendants.

---

## NOTICE TO *PRO SE* PLAINTIFF UPON FILING OF A DISPOSITIVE MOTION

---

You are hereby notified that Defendant American Society of Composers, Authors, and Publishers has filed a dispositive motion in your case pursuant to Fed. R. Civ. P. 12(b)(6).  The motion may result in the dismissal of some or all of your claims.

You should receive a copy of the motion directly from the Defendant via regular mail.  Your response to this motion must be filed not later than twenty-four (24) days after the motion was filed with the Court and must conform to the requirements of Fed. R. Civ. P. 12.  When you file your response, you must include a certificate confirming that you have served your response on *all* parties in the case.  Please consult the Court's Pro Se Guide for Civil Litigants for guidance as you respond to this motion.

Date:  April 9, 2021                       s/ Michael J. Newman
                                                    Michael J. Newman
                                                      United States District Judge