UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

NA'MARR M RAMEY,

        Plaintiff,

v.

SYMERE WOODS, *et al.*,

        Defendants.

Case No.: 3:21-cv-45

District Judge Michael J. Newman

---

**NOTICE TO *PRO SE* PLAINTIFF UPON
FILING OF A DISPOSITIVE MOTION**

---

    You are hereby notified that Defendants Atlantic Recording Corporation, Warner Chappell Production Music, Inc., Warner Music Group Corp., EMI Music Publishing Group North America Holdings Inc., Solar Music Rights Management, Ltd., and Ultra Records, LLC have filed a dispositive motion in your case pursuant to Fed. R. Civ. P. 12(b)(6), and Fed. R. Civ. P. 12(b)(2), respectively.  The motion may result in the dismissal of some or all of your claims.

    You should receive a copy of the motion directly from the Defendant via regular mail.  Your response to this motion must be filed not later than twenty-four (24) days after the motion was filed with the Court and must conform to the requirements of Fed. R. Civ. P. 12.  When you file your response, you must include a certificate confirming that you have served your response on *all* parties in the case.  Please consult the Court's Pro Se Guide for Civil Litigants for guidance as you respond to this motion.

Date:  April 9, 2021

s/ Michael J. Newman
Michael J. Newman
United States District Judge